# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re Piedmont Office Trust Inc. Securities Litigation | Civil Action No. 1:07-cv-2660-CAP |

## Amendment to the Revised Preliminary Report and Discovery Plan

In accordance with the Court's February 10, 2010 Order, the parties agree to amend the July 28, 2009 Revised Preliminary Report and Discovery Plan only with respect to the following:

## Overview of New Deadlines

| EVENT | DEADLINE/TIMING |
|---|---|
| Fact Discovery | Concludes on July 30, 2010 |
| Expert Discovery | Commences on August 2, 2010<br><br>Concludes on November 24, 2010.<br><br>Expert report(s) due by September 17, 2010<br><br>Rebuttal expert reports due by October 22, 2010;<br><br>All expert depositions will occur after October 22, 2010 but no later than November 24, 2010. |

|  | *Brief* | *Filed by:* |
|---|---|---|
| Summary Judgment Motions | Opening Brief | January 14, 2011 |
|  | Opposition Brief | February 25, 2011 |
|  | Reply Brief | March 25, 2011 |
| *Daubert* Motions | *Brief* | *Filed by:* |
|  | Opening Brief | January 14, 2011 |
|  | Opposition Brief | February 25, 2011 |
|  | Reply Brief | March 25, 2011 |

**7.      Filing Times For Motions:**

All motions should be filed as soon as possible. The local rules set specific filing limits for some motions. These times are restated below. All other motions must be filed WITHIN THIRTY (30) DAYS after the beginning of discovery, unless the filing party has obtained prior permission of the court to file later. Local Rule 7.1A(2).

(a)    *Motion for Class Certification:* Local Rule 23.1 provides that the Motion for Class Certification must be filed within 30 days after all defendants have filed an answer to the complaint.

**The Motion for Class Certification was submitted to the Court on February 4, 2010.**

(b) *Motions to Compel:* Before the close of Fact Discovery or within the extension period allowed in some instances. Local Rule 37.1.

(c) *Summary Judgment Motions:* Local Rule 56.1 provides that Summary Judgment Motions shall be filed within twenty (20) days after the close of Discovery, unless otherwise permitted by court order.

Fact Discovery shall conclude on July 30, 2010. Expert Discovery shall close on November 24, 2010. Summary Judgment Motions shall be filed by January 14, 2011. Responses to the Summary Judgment Motions shall be filed by February 25, 2011 and any replies shall be filed by March 25, 2011. Briefs filed in support of the Summary Judgment Motions or in response to the Summary Judgment Motions are not to exceed fifty (50) pages. If the movant files a reply in support of the Summary Judgment Motion, then the reply brief may not exceed twenty-five (25) pages.

(d) *Other Limited Motions:* Refer to Local Rules 7.2A; 7.2B, and 7.2E, respectively, regarding filing limitations for motions pending on removal, emergency motions, and motions for reconsideration.

(e) *Motions Objecting to Expert Testimony:* Daubert motions with regard to expert testimony no later than the date that the proposed pretrial order is submitted. Refer to Local Rule 7.2F.

Expert Discovery shall close on November 24, 2010. Daubert Motions shall be filed by January 14, 2011. Responses to the Daubert Motions shall be filed by February 25, 2011 and any replies shall be filed by March 25, 2011.

**10. Discovery Period:**

Fact Discovery will conclude by July 30, 2010.

The parties currently anticipate that Expert Discovery will commence on August 2, 2010 and conclude by November 24, 2010.

Dated: March 10, 2010

By: */s/ Robert W. Killorin*
　Robert W. Killorin
　Krissi T. Gore
　Chitwood Harley Harnes LLP
　1230 Peachtree Street NE
　2300 Promenade II
　Atlanta, GA 30309

　*Co-Lead Counsel for the Lead Plaintiff and Plaintiff Smith*

By: */s/ Kimberly M. Donaldson*
　Nicholas E. Chimicles
　Kimberly M. Donaldson
　Kimberly L. Kimmel
　Chimicles & Tikellis LLP
　One Haverford Centre
　361 W. Lancaster Avenue
　Haverford, PA  19041
　Telephone: (610) 642-8500
　Facsimile: (610) 649-3633

　*Co-Lead Counsel for the Lead Plaintiff and Plaintiff Smith*

　Lawrence A. Sucharow
　Joseph Sternberg
　Labaton Sucharow LLP

140 Broadway
New York, NY 10005

*Co-Lead Counsel for the Lead Plaintiff and
Plaintiff Smith*

By: */s/ Michael R. Smith, by KMD w/permission*
    Michael R. Smith
    Dan S. McDevitt
    Michael J. Cates
    Bethany M. Rezek
    King & Spalding LLP
    1180 Peachtree Street, NE
    Atlanta, GA 30309

    *Counsel for Defendant Donald A. Miller, and Nominal Defendant Piedmont Office Realty Trust, Inc.*


By: */s/ Tony R. Powers, by KMD w/permission*
    Tony G. Powers
    Kimberly L. Myers
    Joshua P. Gunnemann
    Rogers & Hardin LLP
    229 Peachtree Street NE
    2700 International Tower
    Atlanta, GA 30303

    *Counsel for Defendants W. Wayne Woody, Michael R. Buchanan, Wesley E. Cantrell, William H. Keogler, Jr. and Donald S. Moss.*