**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| *In Re Piedmont Office Realty Trust Inc. Securities Litigation* | Civil Action No. 1:07-cv-02660-CAP |

**PROPOSED CONSENT ORDER STAYING DEADLINE FOR**
**SUBMITTING JOINT PROPOSAL PURSUANT TO**
**THE COURT'S MARCH 10, 2010 ORDER**

WHEREAS pursuant to this Court's March 10, 2010 Order granting Plaintiffs' Motion for Class Certification (the "Order"), the parties were directed to submit a joint proposal for notice to Class members pursuant to Federal Rule of Civil Procedure 23(c)(1)(B) (the "Joint Proposal") within forty-five days of the date of the Order;

WHEREAS, on March 24, 2010, Defendants timely filed a Petition pursuant to Federal Rule of Civil Procedure 23(f) and Federal Rule of Appellate Procedure 5 for Immediate Review of the Order (the "Petition") with the United States Court of Appeals for the Eleventh Circuit;

WHEREAS, the parties have reached an agreement on a Joint Proposal to submit to the Court; and

WHEREAS, although the parties disagree with respect to the merits of Defendants' Petition, Defendants have requested, and Plaintiffs do not oppose, a

stay of the deadline for the parties to submit the Joint Proposal, as evidenced by the signatures below.

IT IS HEREBY ORDERED as follows:

(1) The deadline for the parties to submit the Joint Proposal as directed in the Order is stayed until five days following either the Eleventh Circuit's denial of Defendants' Petition or decision on appeal.

SO ORDERED, this ____ day of _____, 2010.

_____
The Honorable Charles A. Pannell, Jr.
United States District Judge

CONSENTED TO BY:

**CHITWOOD HARLEY HARNES LLP**

/s/     Krissi T. Gore
Robert W. Killorin
Georgia Bar No. 417775
Krissi T. Gore
Georgia Bar No. 687020
2300 Promenade II
1230 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476
rkillorin@chitwoodlaw.com
medelstein@chitwoodlaw.com
mpeacock@chitwoodlaw.com

**CHIMICLES & TIKELLIS LLP**

/s/     Kimberly M. Donaldson
Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania  19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
nick@chimicles.com
kimdonaldson@chimicles.com
kimberlykimmell@chimicles.com

**KING & SPALDING LLP**

/s/     Michael R. Smith
Michael R. Smith
Georgia Bar No. 661689
Michael J. Cates
Georgia Bar No. 116356
Bethany M. Rezek
Georgia Bar No. 553771
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
mrsmith@kslaw.com
mcates@kslaw.com
brezek@kslaw.com

*Counsel for Nominal Defendant Piedmont Office Realty Trust, Inc. and Defendant Donald A. Miller*

**ROGERS & HARDIN LLP**

/s/     Tony G. Powers
Tony G. Powers
Georgia Bar No. 586586
Kimberly L. Myers
Georgia Bar No. 533257
229 Peachtree Street NE
2700 International Tower
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
tpowers@rh-law.com

3

4

**LABATON SUCHAROW LLP**

/s/     Lawrence A. Sucharow
Lawrence A. Sucharow
Christopher Keller
Joseph Sternberg
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lsucharow@labaton.com

*Co-Lead Counsel*

kmyers@rh-law.com

*Counsel for Defendants Michael R. Buchanan, Wesley E. Cantrell, William H. Keogler, Jr., Donald S. Moss, and W. Wayne Woody*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **PROPOSED CONSENT ORDER STAYING DEADLINE FOR SUBMITTING JOINT PROPOSAL PURSUANT TO THE COURT'S MARCH 10, 2010 ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all counsel of record.

This 26th day of April, 2010.

> */s/ Michael R. Smith*
> Michael R. Smith (GA Bar No. 661689)