**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT P. TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 18 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

May 17, 2010

Kimberly L. Myers
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street
Atlanta, GA 30303

Tony G. Powers
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street
Atlanta, GA 30303

Bethany Marie Rezek
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Michael R. Smith
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Appeal Number: 10-90011-G
Case Style: Piedmont Office Realty Trust, et al v. Washtenaw County Employees, et al
District Court Docket No: 1:07-cv-02660-CAP

Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard
Phone #: (404) 335-6186

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-90011-G

PIEDMONT OFFICE REALTY TRUST, INC.,
f.k.a. Wells Real Estate Investment Trust, Inc.,
W. WAYNE WOODY,
MICHAEL R. BUCHANAN,
WESLEY E. CANTRELL,
WILLIAM H. KEOGLER, JR.,
DONALD S. MOSS,
DONALD A. MILLER,

Petitioners,

versus

WASHTENAW COUNTY EMPLOYEES RETIREMENT
SYSTEM,
on behalf of itself and all others similarly situated,
CLARA R. SMITH,

Respondents.

Appeal from the United States District Court for the
Northern District of Georgia

Before BLACK, BARKETT, and PRYOR, Circuit Judges

BY THE COURT:

This petition for permission to appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.

The Petitioners' March 25, 2010, petition for permission to appeal from the district court's March

10, 2010, order granting class certification is untimely. *See* Fed.R.Civ.P. 23(f); *Jenkins v. BellSouth Corp.*, 491 F.3d 1288, 1290 (11th Cir. 2007).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 27-2 and all other applicable rules.

A True Copy - Attest
Clerk, U.S. Court of Appeals
Eleventh Circuit

*Walter feeeal*

Deputy Clerk
Atlanta, Georgia