# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2010

Kimberly L. Myers
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street
Atlanta, GA 30303

Tony G. Powers
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street
Atlanta, GA 30303

Bethany Marie Rezek
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Michael R. Smith
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 1 0 2010

JAMES N. HATTEN, CLERK
By:

Appeal Number: 10-90011-G
Case Style: Piedmont Office Realty Trust, et al v. Washtenaw County Employees, et al
District Court Docket No: 1:07-cv-02660-CAP

GENERAL DOCKET NUMBER: 10-113633 H

Enclosed is the court's order granting permission to appeal. Pursuant to this order this cause has been docketed under the general docket number shown above which should be used in all future correspondence and filings instead of the previously assigned number.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file an original and one copy of a completed Civil Appeal Statement, with service on

all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca1 1.uscourts.gov , and as provided by 11th Cir. R. 33-1(a).

Pursuant to Fed.R.App.P 5(d), appellant must within fourteen (14) days after the date of entry of this order pay to the district court clerk the $450 docket fee plus the $5 filing fee required by statute (28 U.S.C. § § 1913, 1917). This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the fee is paid within fourteen (14) days, with notice to this office.

Pursuant to Fed.R.App.P. 10(b), appellant must also within ten (14) days order any transcript required. A Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1. This appeal will be dismissed without further notice [11th Cir. R. 42-1(b)] unless the appellant files a Transcript Information Form within fourteen (14) days.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca1 1.uscourts.gov . The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard, G
Phone #: (404) 335-6186

Enclosure(s)

DKT-10 Petition Permission Granted

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-90011 - G

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG  6 2010

JOHN LEY
CLERK
```

PIEDMONT OFFICE REALTY TRUST, INC.,
f.k.a. Wells Real Estate Investment Trust, Inc.,
W.WAYNE WOODY,
MICHAEL R. BUCHANAN,
WESLEY E. CANTRELL,
WILLIAM H. KEOGLER, JR.,
DONALD S. MOSS,
DONALD A. MILLER,

Petitioners,

versus

WASHTENAW COUNTY EMPLOYEES
RETIREMENT SYSTEM,
On behalf of itself and all others similarly situated,
CLARA R. SMITH.,

Respondents.

Appeal from the United States District Court for the
Northern District of Georgia

Before: BIRCH, HULL and PRYOR, Circuit Judges.

BY THE COURT:

The petition for permission to appeal pursuant to Fed.R.Civ.P. Rule 23(f) is GRANTED.